

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2015

No. 04-14-00518-CV

Jeanne **COOK**,
Appellant

v.

Warren F. **NEELY**, MD,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-10774
Honorable Michael E. Mery, Judge Presiding

# O R D E R

   Appellant Jeanne Cook's unopposed motion for extension of time to file a reply brief is GRANTED. Appellant's reply brief is due to be filed no later than February 10, 2015.

Patricia O. Alvarez, Justice

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2015.

Keith E. Hottle
Clerk of Court